# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                   :       NO. 634

                         :

ORDER REINSTATING AND     :       CIVIL PROCEDURAL RULES
AMENDING RULE 230.2 OF THE   :
PENNSYLVANIA RULES OF CIVIL :      DOCKET
PROCEDURE                    :

                         :

## ORDER

**PER CURIAM**

**AND NOW**, this 9th day of December, 2015, upon the recommendation of the Civil Procedural Rules Committee; the proposal having been published for public comment at 45 *Pa.B.* 1843 (April 11, 2015):

**IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 230.2 of the Pennsylvania Rules of Civil Procedure is reinstated and amended in the attached form. The Order of April 23, 2014 suspending Rule 230.2, No. 594 Civil Procedural Rules Docket (April 23, 2014), is dissolved prospectively as of the effective date of this Order.

This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective December 31, 2016.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.